Rose Leeds, Appellant, *v.* Max K. Leeds, Respondent.

Argued April 19, 1955; decided June 2, 1955.

*Paul L. Ross* for appellant.

*Charles H. Griffiths* and *William Allan Donovan* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.